### LANCASTER *v.* JOHNS.

HILL, J.   While some· of the evidence admitted over objection was of doubtful materiality, it was not of such a character as to require a new trial.   There were no reversible errors of law committed on the trial, and the evidence supported the verdict.

*Judgment affirmed.   All the Justices concur.*
JUNE 17, 1913.

Cancellation of deed.   Before Judge Martin.   Dodge superior court.   March 6, 1912.

*Roberts & Smith* and *Wooten & Griffin,* for plaintiff in error.
*W. M. Clements* and *J. A. Neese,* contra.